SCOTT N. SCHOOLS
United States Attorney



FILED

07 AUG 23 PM 4:36

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR- CR 07 0554 |
| Plaintiff, ) | VIOLATIONS: 26 U.S.C. § 7201- Tax Evasion (Three Counts) JF |
| v. ) | |
| DOMINIC CHANG, ) | |
| Defendant. ) | SAN JOSE VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE: (26 U.S.C. § 7201- Attempt to Evade or Defeat Tax)

That on or about the 20th day of May, 2002, in the Northern District of California, Dominic Chang, a resident of Milpitas, California, did willfully attempt to evade and defeat a large part of the income tax due and owing by him to the United States of America for the calendar year 1999, by causing to be prepared, and by signing and causing to be signed, a false and fraudulent U.S. Individual Income Tax Return, Form 1040, which was filed with the Internal Revenue Service, wherein he stated that his taxable income for said calendar year was the sum of zero dollars, and that the amount of tax due and owing thereon was the sum of $804, whereas, as he then and there well knew and believed, his taxable income for the said calendar year was the

///

1  sum of $48,561, upon which taxable income there was owing to the United States of America an
2  income tax of $21,746.
3        In violation of Title 26, United States Code, Section 7201.
4  COUNT TWO: (26 U.S.C. § 7201- Attempt to Evade or Defeat Tax)
5        That on or about the 30th day of October, 2002, in the Northern District of California,
6  Dominic Chang, a resident of Milpitas, California, did willfully attempt to evade and defeat a
7  large part of the income tax due and owing by him to the United States of America for the
8  calendar year 2000, by causing to be prepared, and by signing and causing to be signed, a false
9  and fraudulent U.S. Individual Income Tax Return, Form 1040, which was filed with the Internal
10 Revenue Service, wherein he stated that his taxable income for said calendar year was the sum of
11 zero dollars, and that the amount of tax due and owing thereon was the sum of $2,442, whereas,
12 as he then and there well knew and believed, his taxable income for the said calendar year was the
13 sum of $185,607, upon which taxable income there was owing to the United States of America an
14 income tax of $67,074.
15       In violation of Title 26, United States Code, Section 7201.
16 COUNT THREE: (26 U.S.C. § 7201- Attempt to Evade or Defeat Tax)
17       That on or about the 29th day of January, 2004, in the Northern District of California,
18 Dominic Chang, a resident of Milpitas, California, did willfully attempt to evade and defeat a
19 large part of the income tax due and owing by him to the United States of America for the
20 calendar year 2001, by causing to be prepared, and by signing and causing to be signed, a false
21 and fraudulent U.S. Individual Income Tax Return, Form 1040, which was filed with the Internal
22 Revenue Service, wherein he stated that his taxable income for said calendar year was the sum of
23 zero dollars, and that the amount of tax due and owing thereon was the sum of $3,000, whereas,
24 as he then and there well knew and believed, his taxable income for the said calendar
25 ///
26 ///
27 ///
28

INDICTMENT      2

year was the sum of $218,536, upon which taxable income there was owing to the United States of America an income tax of $80,924.

      In violation of Title 26, United States Code, Section 7201.

A True Bill

Dated: 8-23-07

_____
FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

_____
BRIAN STRETCH
Chief, Criminal Section

Approved as to Form

AUSA: _____
THOMAS MOORE

INDICTMENT     3

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
07 AUG 23 PM 4:36
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

### OFFENSE CHARGED
26 USC § 7201 - 3 counts

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
26 USC § 7201 - 5 yrs impris., $100,000 fine, 3 yr superv. rel., $100 Spec. Assessessment

**DEFENDANT - U.S.**
» DOMINIC CHANG

**DISTRICT COURT NUMBER**
CR 07 0554 JF

### PROCEEDING
Name of Complaintant Agency, or Person (&Title, if any)
INTERNAL REVENUE SERVICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) THOMAS MOORE, AUSA, TAX DIV.

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges »
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)
NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed _____

**DATE OF ARREST** » Month/Day/Year _____

Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** » Month/Day/Year _____

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☑ SUMMONS ☐ NO PROCESS* ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☑ Arraignment ☑ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

**Defendant Address:**
1080 REMBRANDT DRIVE
SUNNYVALE, CA 94807

Date/Time: Sept. 13, 2007 @ 9:00 Am
Before Judge: Judge Patricia V. Trumbull

**Comments:** Contact IRS Special Agent Cecilia Braga re service of Summons (925) 260-7926