CHAMBER'S COPY

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DOMINIC CHANG,<br><br>　　　　Defendant. | Case No. CR-07-0554-JF<br><br>[Proposed] ORDER SETTING A STATUS CONFERENCE AND EXCLUDING TIME UNDER SPEEDY TRIAL ACT |

　　　　On September 13, 2007, this matter came before United States Magistrate Judge Patricia V. Trumbull. Dominic Chang was in attendance. Federal Public Defender Cynthia Lie appeared for Dominic Chang. Shawna Yen appeared for the United States of America.

　　　　For the reasons stated at the hearing and for good cause appearing,

　　　　IT IS ORDERED that a status conference be held in this matter on October 24, 2007, at 9:00 a.m before United States District Court Judge Jeremy Fogel; and

　　　　FOR THE REASON THAT the United States just provided defendant's counsel with substantial discovery and because the defendant's counsel requires reasonable time to review such discovery and to prepare motions, witnesses, and this matter for trial;

　　　　IT IS FURTHER ORDERED that the period of delay from September 13, 2007, to October 24, 2004, shall be excluded pursuant to 18 U.S.C. § 3161(h)(8)(A) as the ends of justice served by this

///

1  continuance, allowing for effective preparation of counsel, outweigh the best interests of the public and
2  the defendant in a speedy trial.
3  Dated: 9/17/07

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
UNITED STATES MAGISTRATE JUDGE