## UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Status Review, October 24, 2007
**Case Number:** CR-07-00554-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**        **UNITED STATES OF AMERICA V. DOMINIC CHANG**

| **PLAINTIFF** | **DEFENDANT** |
|---|---|
| **United States** | **Dominic Chang** |
| Attorneys Present: Jeffrey Schenk | Attorneys Present: Cynthia Lie |

---

PROCEEDINGS:

Status review hearing held. Counsel and defendant are present. The Cantonese interpreter is waived. Continued to 11/14/07 at 9:00 a.m. for further status review. 21 days are excluded for the reasons stated.