\*\*E-filed 11/13/07\*\*

1 SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
2 THOMAS MOORE  (ASBN 4305-O78T)
Assistant United States Attorney
3  10th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
4 San Francisco, California 94102
 Telephone:  (415) 436-7017
5
Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-07-0554-JF |
| Plaintiff, ) | |
| ) | |
| v. ) | **STIPULATION TO EXCLUDE TIME** |
| ) | **UNDER SPEEDY TRIAL ACT** |
| DOMINIC CHANG, ) | **AND ORDER THEREON** |
| ) | |
| Defendant. ) | |

It is hereby stipulated by and between Plaintiff and Defendant, Dominic Chang, through their respective counsel, as follows:

1.  For the reason that the status conference in this matter is scheduled for November 14, 2007 and because defendant's counsel requires reasonable time to review extensive discovery already produced in this tax matter, to prepare this matter for trial; and to prepare witnesses for trial;

///
///
///
///
///
///
///
///

2. That the period of delay from November 14, 2007, to December 19, 2007, shall be excluded pursuant to 18 U.S.C. § 3161(h)(8)(A) as the ends of justice served by this continuance allowing for continuity of counsel and for adequate trial preparation in this complex tax matter outweigh the best interest of the public and the defendant in a speedy trial.

SCOTT N. SCHOOLS
United States Attorney

/s/ Cynthia L. Lie
CYNTHIA L. LIE
Attorney for Dominic Chang

/s/ Thomas Moore
THOMAS MOORE
Assistant United States Attorney
Tax Division
Attorneys for Plaintiff

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 11/13/07

UNITED STATES DISTRICT JUDGE
JEREMY FOGEL

STIP. TO EXCLUDE TIME UNDER
SPEEDY TRIAL ACT & ORDER (No. CR-07-0554-JF)        2