1  BARRY J. PORTMAN
   Federal Public Defender
2  CYNTHIA C. LIE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant CHANG

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,          )   No. CR-07-00554 JF
                                      )
11              Plaintiff,            )   *EX PARTE* APPLICATION FOR
                                      )   MODIFICATION OF PRETRIAL RELEASE
12 vs.                                )   CONDITIONS
                                      )
13 DOMINIC CHANG,                     )   **Hon. Patricia V. Trumbull**
                                      )
14              Defendant.            )
   _____)

15

16         Defendant Dominic Chang hereby requests that the Order Setting Conditions of Release

17 issued by this Court on September 13, 2007 be modified to permit him to travel to Hong Kong

18 from December 26, 2007 to January 10, 2008.  This application is based upon the attached

19 declaration of counsel.

20

21 Dated: November 15, 2007
                                Respectfully submitted,

22
                                BARRY J. PORTMAN
23                              Federal Public Defender

24                                     /S/

25                              CYNTHIA C. LIE
                                Assistant Federal Public Defender
26

*Ex Parte* Application for Modification of Pretrial
Release Conditions                      1