1 BARRY J. PORTMAN
Federal Public Defender
2 CYNTHIA C. LIE
Assistant Federal Public Defender
3 160 West Santa Clara Street, Suite 575
San Jose, CA  95113
4 Telephone:  (408) 291-7753

5 Counsel for Defendant CHANG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-07-00554 JF |
|---|---|---|
| Plaintiff, | ) ) | [PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR MODIFICATION OF PRETRIAL RELEASE CONDITIONS |
| vs. | ) ) ) | |
| DOMINIC CHANG, | ) | |
| Defendant. | ) ) | **Hon. Patricia V. Trumbull** |

Good cause appearing, it is hereby ordered as follows:

The Order Setting Conditions of Release and Appearance Bond issued September 13, 2007 shall be modified to permit defendant Dominic Chang's travel to the People's Republic of China from December 26, 2007 to January 10, 2008;

Mr. Chang shall provide his itinerary and local contact information to United States Pretrial Services prior to departure from the Northern District of California;

The Clerk of Court shall return to Mr. Chang his United States passport;

The first business day following his return to the Northern District of California, Mr. Chang shall contact United States Pretrial Services and re-surrender his passport to the Clerk of Court.

*Ex Parte* Application for Modification of Pretrial
Release Conditions                                        1

1    All other conditions of release ordered September 13, 2007 remain in full force and
2 effect.
3    It is so ordered.
4
5 Dated: November ____, 2007
6
   _____
7   PATRICIA V. TRUMBULL
    United States Magistrate Judge

*Ex Parte* Application for Modification of Pretrial
Release Conditions                    2