BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant CHANG

E-FILED

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-00554 JF |
| ) | |
| Plaintiff, ) | [PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR MODIFICATION OF PRETRIAL RELEASE CONDITIONS |
| ) | |
| vs. ) | |
| ) | |
| DOMINIC CHANG, ) | |
| ) | **Hon. Patricia V. Trumbull** |
| Defendant. ) | |

Good cause appearing, it is hereby ordered as follows:

The Order Setting Conditions of Release and Appearance Bond issued September 13, 2007 shall be modified to permit defendant Dominic Chang's travel to the People's Republic of China from December 26, 2007 to January 10, 2008;

Mr. Chang shall provide his itinerary and local contact information to United States Pretrial Services prior to departure from the Northern District of California;

The Clerk of Court shall return to Mr. Chang his United States passport;

The first business day following his return to the Northern District of California, Mr. Chang shall contact United States Pretrial Services and re-surrender his passport to the Clerk of Court.

*Ex Parte* Application for Modification of Pretrial
Release Conditions                                          1

1  　　　All other conditions of release ordered September 13, 2007 remain in full force and
2  effect.
3  　　　It is so ordered.
4
5  Dated: November 20, 2007
6
7  　　　　　　　　　　　　　　　　　　　　　PATRICIA V. TRUMBULL
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge