1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2  THOMAS MOORE  (ASBN 4305-O78T)
   Assistant United States Attorney
3   10th Floor Federal Building
    450 Golden Gate Avenue, Box 36055
4   San Francisco, California 94102
    Telephone:  (415) 436-7017
5
   Attorneys for United States of America
6
              IN THE UNITED STATES DISTRICT COURT FOR THE
7
                    NORTHERN DISTRICT OF CALIFORNIA
8
                          SAN JOSE DIVISION
9
   UNITED STATES OF AMERICA,        )   Case No. CR-07-0554-JF
10                                  )
            Plaintiff,               )
11                                  )
         v.                          )   **STIPULATION TO EXCLUDE TIME**
12                                  )   **UNDER SPEEDY TRIAL ACT**
   DOMINIC CHANG,                    )   **AND ORDER THEREON**
13                                  )
            Defendant.               )
14 _____ )

15        It is hereby stipulated by and between Plaintiff and Defendant, Dominic Chang, through

16 their respective counsel, as follows:

17        1.  For the reason that the status conference in this matter is scheduled for December 19,

18 2007 and because defendant's counsel requires reasonable time to review extensive discovery

19 already produced in this tax matter, to prepare this matter for trial; and to prepare witnesses for

20 trial; the parties agree that the status conference set for December 19, 2007 be continued to

21 January 30, 2008;

22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

2. That the period of delay from December 19, 2007 to January 30, 2008, shall be excluded pursuant to 18 U.S.C. § 3161(h)(8)(A) as the ends of justice served by this continuance allowing for continuity of counsel and for adequate trial preparation outweigh the best interest of the public and the defendant in a speedy trial.

                                                SCOTT N. SCHOOLS
                                                United States Attorney

/s/ Cynthia L. Lie                             /s/ Thomas Moore
CYNTHIA L. LIE                             THOMAS MOORE
Attorney for Dominic Chang             Assistant United States Attorney
                                                Tax Division
                                                Attorneys for Plaintiff

**PURSUANT TO STIPULATION, IT IS SO ORDERED .**

Dated:_____                                         _____
                                                                   UNITED STATES DISTRICT JUDGE