## UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
#### COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Disposition Hearing, January 30, 2008
**Case Number:** CR-07-00554-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**     **UNITED STATES OF AMERICA V. DOMINIC CHANG**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Dominic Chang |
| Attorneys Present: Thomas Moore | Attorneys Present: Cynthia Lie |

---

PROCEEDINGS:
  Disposition hearing held. Counsel, Cantonese interpreter Kenny Fung and defendant are present. Defendant pleads guilty to counts 1, 2 and 3 of the Indictment (open plea). Continued to 5/14/08 at 9:00 a.m. for judgment and sentencing.