BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant CHANG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07-00554 JF |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER CONTINUING SENTENCING |
| vs. | ) | HEARING |
| | ) | |
| DOMINIC CHANG, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## STIPULATION

The parties hereby stipulate and agree that the sentencing hearing in the above-captioned matter currently scheduled for Wednesday, May 14, 2008 may be continued to Wednesday, July 9, 2008 at 9:00 a.m.  The reason for the proposed continuance is to permit the defendant's adult children to attend the hearing in his support.  United States Probation Officer Waseem Iqbal has been consulted as to the proposed continuance and has no objection.

The parties further stipulate and agree that the time for filing the final presentence report and sentencing memoranda shall be calculated under the local rules as though the matter were to proceed on May 14, 2008 as originally scheduled.

Stipulation and [Proposed] Order Continuing
Sentencing                                                            1

Dated: April 10, 2008

                                                          s/_____
                                                          THOMAS MOORE
                                                          Assistant United States Attorney

Dated: April 10, 2008

                                                          s/_____
                                                          CYNTHIA C. LIE
                                                          Assistant Federal Public Defender

## [PROPOSED] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the sentencing hearing shall be continued from Wednesday, May 14, 2008 to Wednesday, July 9, 2008 at 9:00 a.m.

It is further ordered that the United States Probation Order shall disclose its presentence report no later than Wednesday, April 30, 2008 and that the parties shall file their respective sentencing memoranda with the Court no later than Wednesday, May 7, 2008.

Dated: April ___, 2008

                                                        _____
                                                     JEREMY FOGEL
                                                     United States District Judge