The Honorable Jeremy Fogel
United States District Judge
280 S. First Street
San Jose, CA 95113

Your Honor:

I am well aware that my dear friend Dominic Chang pleads guilty to the crime of tax evasion. As you know people do make mistakes, and serious ones. However, as a friend of over 25 years, I feel compelled to write to you to tell you about the Dominic that I know.

Dominic has been my friend and mechanic since 1983. I am very impressed with his honesty to his clients. Many people will try to impress their new customers in the beginning only but Dominic has been consistent all these years. I have recommended him to many of my friends and have never heard a single complaint!

But what impressed me the most was the time when he went through his first divorce. I can feel the pain when he told me that his wife was leaving him because she cannot stand his dirty hands. But what hurt him the most was the suffering that he felt the divorce was causing to their children. He would do anything within his power to make it up to them, even it meant sacrificing his time, money, etc.

I have been puzzled why an honest, caring man like Dominic would be involved in such a crime. The only thing that I can think of is that he was bought up in the Far East where people do not take certain laws as seriously as they do here, especially tax laws. I know he has learned much from this experience, and know that he will never do anything like this again.

Thank you very much for you to taking the time to read my letter.


EXHIBIT D

Sincerely,

*[signature: Bor Chan]*

Bor Chan