Ken Cheng
24595 Voorhees Dr
Los Altos Hills, CA 94022

The Honorable Jeremy Fogel
United State District Judge
280 S. First Street
San Jose, CA 95113

Your Honor,

I and my wife Emily are good friends of Dominic, for around 20 years, since he and his x-wife Lucia first moved to Los Altos Hills. We are still very close, and see him quite often.

I am very much aware of his Tax evasion crime, and that he already pleaded guilty. However, we still respect him and support him, and would like to tell you why.

Dominic went through a lot when his wife Lucia asked for a divorce because she found a new love in her boss where she worked. The divorce was bitter, Lucia got the 2 kids, and he agreed to move out of their Los Altos Hills house, and gave her a big chunk of money for the education and support of their 2 children Jonathan and Jennifer. He went to gambling to cope with the stress of divorce and work.



EXHIBIT E

He has always been very generous to all his friends and family. Even though Lucia got a big chunk of money for supporting the 2 children, she did not want to spend any money on them, so Dominic had to support the 2 kids in education and daily life even though he already gave that chunk of money to Lucia. He never complained and told me he is always willing to spend money on his 2 kids. They mean everything to him. He spent every Sunday with them, when they were still home, which was his only day off from work.

My wife was very involved with the non-profit organization Self-Help for the Elderly. Each year, Dominic would always donate to that organization whenever my wife asked him for donation.

Dominic takes very good care of his mother, not only financially, but she is also living with him.

He is always helping his friends who are in need, and asked for nothing in return.

Dominic does not have a good education, and he does not understand English very well. His x-wife Lucia used to do all his bookkeeping and income tax. After his divorce, he was depressed, gambled away a lot of money. After talking to him in great length, he realized he committed a serious crime for not paying his taxes. He feels very bad and I am positive he would never do that again.

I do hope you can give him a chance, Your Honor.

Sincerely yours

Ken Cheng