# DEBORAH MCGEE-DILLARD

2604 Bon Bon Dr.
San Jose. Ca. 95148
Phone (408) 238-7591
dcmcgee00@aol.com

April 17, 2008

Your Honor,

It is with deep regret that I must address you at this time, however, the circumstances in regards to the case of my friend, Dominic Chang, deem it necessary.

Dominic is our mechanic as well as being a good friend of the family. I do not know the details of his case, nor do I want to know. This letter to you is to defend him as a man of integrity and honesty. My husband and I would like to know that we have known Dominic for about twenty years. He has worked on my sisters cars and many of our friends that we have referred to him. He has given excellent service and has gone out of his way to accommodate us with such things as a loaner car while ours was being repaired. He is reliable, honest, and has never tried to cheat or sell us anything we really did not need. Also on several occasions, he has allowed us to pay in installments when we couldn't afford to pay him the lump sum required. He has done this for friends of ours as well. I know of no other auto repair shop that would do that.

It is of the opinion of myself and my husband that Dominic Chang is of very good character and one of the most honest men we know. If it is required of us to swear this in a court of law, we would be more than willing. All that we ask is that you take into consideration the contents of this letter before making your final judgment.

I thank you, your honor, for your time and consideration in this matter.

Sincerely,

Deborah McGee-Dillard



EXHIBIT F