DOMINIC CHANG
940630111

## APPENDIX A
## COMPUTATION OF CORRECTED TAXABLE INCOME AND TAX DUE AND OWING (1)

| Item | 1999 | 2000 | 2001 | Total | Witness |
|---|---|---|---|---|---|
| Schedule C Gross Receipts per Original Tax Return | $ 159,977 | $ 341,977 | $ 207,028 | $ 708,982 | (W1-1, W1-2, W1-3, W1-4, W1-5, W1-6) |
| Add: Unreported Schedule C Gross Receipts | 239,421 | 253,051 | 389,981 | 882,452 | Appendix A-1 |
| Add: Taxable Interest | 34 | 23 | 59 | 116 | (W1-1, W1-2, W1-3, W1-4, W1-5, W1-6) |
| Add: Net Rental Income | 1,084 | (72) | (10,543) | (9,531) | (W1-1, W1-2, W1-3, W1-4, W1-5, W1-6) |
| Add: IRA Distributions | n/a | n/a | 30,000 | 30,000 | (W1-1, W1-2, W1-3, W1-4, W1-5, W1-6) |
| Less: Schedule C Expenses per Original Tax Return | 154,287 | 324,691 | 222,598 | 701,576 | (W1-1, W1-2, W1-3, W1-4, W1-5, W1-6) |
| Less: Unreported Schedule C Expenses | 109,421 | 66,748 | 157,957 | 334,126 | Appendix A-2 |
| Less: NOL carryover | 70,079 | n/a | n/a | 70,079 | (W1-1, W1-2, W1-3, W1-4, W1-5, W1-6) |
| Less: Additional 1/2 of Self-Employment Tax Deduction | 6,318 | 7,451 | 7,884 | 21,653 | (W2-1, W2-2, W2-3) |
| **Corrected Adjusted Gross Income** | $ 60,411 | $ 196,089 | $ 228,086 | $ 484,585 | (W1-1, W1-2, W1-3, W1-4, W1-5, W1-6) |
| Less: Standard Deduction | 6,350 | 6,450 | 6,650 | 19,450 | (W2-1, W2-2, W2-3) |
| Less: Personal Exemptions | 5,500 | 4,032 | 2,900 | 12,432 | (W2-1, W2-2, W2-3) |
| **Corrected Taxable Income for Criminal Purposes** | $ 48,561 | $ 185,607 | $ 218,536 | $ 452,703 | (W2-1, W2-2, W2-3) |
| Corrected Income Tax Liability | 9,110 | 52,173 | 62,657 | 123,940 | (W2-1, W2-2, W2-3) |
| Less: Rate Reduction Credit | n/a | n/a | 500 | 500 | (W2-1, W2-2, W2-3) |
| Add: Tax on Qualified Plans | n/a | n/a | 3,000 | 3,000 | (W2-1, W2-2, W2-3) |
| Add: Corrected Self-Employment Tax | 12,636 | 14,901 | 15,767 | 43,304 | (W2-1, W2-2, W2-3) |
| **Total Corrected Tax Liability** | $ 21,746 | $ 67,074 | $ 80,924 | $ 169,744 | (W2-1, W2-2, W2-3) |
| Less: Total Tax per original Tax Return | 804 | 2,442 | 3,000 | 6,246 | (W1-1, W1-2, W1-3, W1-4, W1-5, W1-6) |
| **Additional Tax Due and Owing** | $ 20,942 | $ 64,632 | $ 77,924 | $ 163,498 | (W2-1, W2-2, W2-3) |

(1) All of the numbers in this schedule are rounded to a whole number

Exhibit 1

Table 1.1--2001 Individual Income Tax Returns: Selected Income and Tax Items, by Size and Accumulated Size of Adjusted Gross Income--Continued

(All figures are estimates based on samples--money amounts are in thousands of dollars, except as noted)

| Size and accumulated size of adjusted gross income | All returns | | | | Taxable | |
|---|---|---|---|---|---|---|
| | Number of returns | Percent of total | Adjusted gross income less deficit | | Number of returns | Percent of total |
| | | | Amount | Percent of total | Average (dollars) | |
| | (41) | (42) | (43) | (44) | (45) | (46) | (47) |
| **Accumulated from Largest Size of Adjusted Gross Income** | | | | | | | |
| $10,000,000 or more | 6,836 | [2] | 174,988,989 | 2.8 | 25,598,155 | 6,825 | [2] |
| $5,000,000 or more | 19,103 | [2] | 258,508,489 | 4.1 | 13,532,350 | 19,061 | [2] |
| $2,000,000 or more | 71,260 | 0.1 | 413,476,372 | 6.6 | 5,802,363 | 71,103 | 0.1 |
| $1,500,000 or more | 107,751 | 0.1 | 476,110,467 | 7.6 | 4,418,618 | 107,533 | 0.1 |
| $1,000,000 or more | 193,230 | 0.1 | 579,302,940 | 9.3 | 2,997,997 | 192,854 | 0.2 |
| $500,000 or more | 548,848 | 0.4 | 820,166,890 | 13.1 | 1,494,342 | 547,930 | 0.6 |
| $200,000 or more | 2,567,220 | 2.0 | 1,398,759,517 | 22.4 | 544,854 | 2,563,835 | 2.7 |
| $100,000 or more | 11,036,419 | 8.5 | 2,513,078,134 | 40.3 | 227,708 | 11,024,914 | 11.6 |
| $75,000 or more | 19,940,312 | 15.3 | 3,277,193,173 | 52.5 | 164,350 | 19,902,125 | 21.0 |
| $50,000 or more | 37,500,090 | 28.8 | 4,351,669,208 | 69.7 | 116,044 | 37,294,293 | 39.4 |
| $40,000 or more | 48,112,707 | 36.9 | 4,827,029,595 | 77.3 | 100,328 | 47,602,166 | 50.2 |
| $30,000 or more | 61,956,347 | 47.6 | 5,307,570,993 | 85.0 | 85,666 | 60,447,653 | 63.8 |
| $25,000 or more | 70,519,382 | 54.1 | 5,542,726,799 | 88.8 | 78,599 | 67,501,584 | 71.2 |
| $20,000 or more | 80,490,754 | 61.8 | 5,766,276,406 | 92.4 | 71,639 | 74,507,488 | 78.6 |
| $19,000 or more | 82,623,355 | 63.4 | 5,807,874,465 | 93.1 | 70,293 | 75,939,941 | 80.1 |
| $18,000 or more | 84,894,860 | 65.2 | 5,849,876,283 | 93.7 | 68,907 | 77,412,759 | 81.7 |
| $17,000 or more | 87,311,949 | 67.0 | 5,892,178,227 | 94.4 | 67,484 | 78,925,387 | 83.3 |
| $16,000 or more | 89,556,295 | 68.8 | 5,929,211,963 | 95.0 | 66,207 | 80,328,642 | 84.8 |
| $15,000 or more | 91,967,717 | 70.6 | 5,966,571,361 | 95.6 | 64,877 | 81,830,858 | 86.4 |
| $14,000 or more | 94,377,352 | 72.5 | 6,001,484,677 | 96.2 | 63,590 | 83,249,891 | 87.9 |
| $13,000 or more | 96,724,755 | 74.3 | 6,033,182,777 | 96.7 | 62,375 | 84,551,726 | 89.2 |
| $12,000 or more | 99,101,174 | 76.1 | 6,062,912,609 | 97.1 | 61,179 | 85,820,170 | 90.6 |
| $11,000 or more | 101,391,667 | 77.8 | 6,089,231,696 | 97.6 | 60,057 | 87,051,784 | 91.9 |
| $10,000 or more | 103,870,905 | 79.7 | 6,115,221,682 | 98.0 | 58,873 | 88,298,324 | 93.2 |
| $9,000 or more | 106,294,686 | 81.6 | 6,138,246,279 | 98.4 | 57,747 | 89,669,442 | 94.6 |

Exhibit 2

**Individual Income Tax Returns, Tax Year 2000**
**Table 1.1--Selected Income and Tax Items, by Size and Accumulated Size of Adjusted Gross Income--Continued**
(All figures are estimates based on samples--money amounts are in thousands of dollars)

| Size and accumulated size of adjusted gross income | All returns | | | | | Taxable returns | | |
|---|---|---|---|---|---|---|---|---|
| | Number of returns | Percent of total | Amount | Adjusted gross income less deficit Percent of total | Average (dollars) | Number of returns | Percent of total | Amount Adjusted gross income le |
| | (41) | (42) | (43) | (44) | (45) | (46) | (47) | (48) |
| **Accumulated from Largest Size of Adjusted Gross Income** | | | | | | | | |
| $10,000,000 or more... | 11,215 | [2] | 300,128,133 | 4.7 | 26,761,314 | 11,206 | [2] | 299,658,987 |
| $5,000,000 or more... | 28,825 | [2] | 420,705,508 | 6.5 | 14,595,161 | 28,798 | [2] | 420,116,307 |
| $2,000,000 or more... | 95,593 | 0.1 | 620,098,986 | 9.7 | 6,486,866 | 95,491 | 0.1 | 619,287,693 |
| $1,500,000 or more... | 140,174 | 0.1 | 696,809,821 | 10.8 | 4,971,035 | 140,033 | 0.1 | 695,930,354 |
| $1,000,000 or more... | 239,684 | 0.2 | 817,414,048 | 12.7 | 3,410,382 | 239,448 | 0.2 | 816,417,998 |
| $500,000 or more... | 635,814 | 0.5 | 1,086,434,935 | 16.9 | 1,708,731 | 635,203 | 0.7 | 1,085,182,780 |
| $200,000 or more... | 2,771,577 | 2.1 | 1,700,190,573 | 26.5 | 613,438 | 2,769,249 | 2.9 | 1,698,437,447 |
| $100,000 or more... | 10,855,024 | 8.4 | 2,766,532,320 | 43.1 | 254,862 | 10,847,118 | 11.2 | 2,764,066,269 |
| $75,000 or more... | 19,452,352 | 15.0 | 3,504,035,932 | 54.5 | 180,134 | 19,427,776 | 20.1 | 3,500,141,206 |
| $50,000 or more... | 36,528,511 | 28.2 | 4,548,690,987 | 70.8 | 124,524 | 36,388,639 | 37.6 | 4,538,095,762 |
| $40,000 or more... | 46,940,601 | 36.3 | 5,014,294,436 | 78.1 | 106,822 | 46,638,892 | 48.2 | 4,996,562,003 |
| $30,000 or more... | 60,488,328 | 46.8 | 5,485,187,384 | 85.4 | 90,682 | 59,641,374 | 61.6 | 5,448,988,451 |
| $25,000 or more... | 68,857,087 | 53.2 | 5,714,563,125 | 89.0 | 82,992 | 66,938,565 | 69.1 | 5,649,401,043 |
| $20,000 or more... | 78,850,201 | 60.9 | 5,938,952,391 | 92.4 | 75,319 | 74,504,417 | 77.0 | 5,819,890,603 |
| $19,000 or more... | 81,093,948 | 62.7 | 5,982,662,167 | 93.1 | 73,774 | 75,998,251 | 78.5 | 5,848,994,971 |
| $18,000 or more... | 83,432,490 | 64.5 | 6,025,923,983 | 93.8 | 72,225 | 77,529,942 | 80.1 | 5,877,336,806 |
| $17,000 or more... | 85,726,917 | 66.3 | 6,066,060,810 | 94.4 | 70,760 | 79,020,032 | 81.6 | 5,903,407,743 |
| $16,000 or more... | 88,075,003 | 68.1 | 6,104,785,488 | 95.0 | 69,313 | 80,515,792 | 83.2 | 5,928,071,247 |
| $15,000 or more... | 90,511,736 | 70.0 | 6,142,554,107 | 95.6 | 67,865 | 82,052,613 | 84.7 | 5,951,901,491 |
| $14,000 or more... | 92,919,898 | 71.8 | 6,177,469,459 | 96.2 | 66,482 | 83,567,745 | 86.3 | 5,973,882,353 |
| $13,000 or more... | 95,321,398 | 73.7 | 6,209,910,609 | 96.7 | 65,147 | 84,955,611 | 87.7 | 5,992,639,150 |
| $12,000 or more... | 97,688,355 | 75.5 | 6,239,525,078 | 97.1 | 63,872 | 86,283,513 | 89.1 | 6,009,249,628 |
| $11,000 or more... | 100,180,707 | 77.4 | 6,268,183,211 | 97.6 | 62,569 | 87,655,396 | 90.5 | 6,025,025,337 |
| $10,000 or more... | 102,622,800 | 79.3 | 6,293,797,571 | 98.0 | 61,329 | 88,980,442 | 91.9 | 6,038,928,500 |
| $9,000 or more... | 105,269,565 | 81.4 | 6,318,976,786 | 98.4 | 60,027 | 90,442,558 | 93.4 | 6,052,813,579 |
| $8,000 or more... | 107,658,400 | 83.2 | 6,339,271,198 | 98.7 | 58,883 | 91,695,001 | 94.7 | 6,063,488,384 |
| $7,000 or more... | 110,241,600 | 85.2 | 6,358,625,842 | 99.0 | 57,679 | 92,779,678 | 95.8 | 6,071,643,177 |

Exhibit 3

**Table 1.1–1999, Individual Income Tax Returns: Selected Income and Tax Items, by Size and Accumulated Size of Adjusted Gross Income—Continued**
(All figures are estimates based on samples—money amounts are in thousands of dollars)

| Size and accumulated size of adjusted gross income | All returns | | | Adjusted gross income less deficit | | Taxable returns | | Adjusted gross income le... |
|---|---|---|---|---|---|---|---|---|
| | Number of returns | Percent of total | Amount | Percent of total | Average (dollars) | Number of returns | Percent of total | Amount |
| | (41) | (42) | (43) | (44) | (45) | (46) | (47) | (48) |
| **Accumulated from Largest Size of Adjusted Gross Income** | | | | | | | | |
| $1,000,000 or more.................... | 205,124 | 0.2 | 653,184,370 | 11.1 | 3,184,339 | 204,951 | 0.2 | 652,480,456 |
| $500,000 or more...................... | 553,381 | 0.4 | 888,885,255 | 15.0 | 1,606,281 | 552,954 | 0.6 | 888,004,765 |
| $200,000 or more...................... | 2,429,942 | 1.9 | 1,431,332,992 | 24.2 | 589,040 | 2,428,337 | 2.6 | 1,430,113,034 |
| $100,000 or more...................... | 9,534,654 | 7.5 | 2,366,099,663 | 40.0 | 248,158 | 9,526,404 | 10.1 | 2,364,011,969 |
| $75,000 or more....................... | 17,346,280 | 13.7 | 3,037,317,189 | 51.4 | 175,099 | 17,329,799 | 18.3 | 3,034,514,015 |
| $50,000 or more....................... | 34,101,840 | 26.8 | 4,061,024,403 | 68.7 | 119,085 | 34,006,088 | 36.0 | 4,053,541,260 |
| $40,000 or more....................... | 43,972,039 | 34.6 | 4,502,530,693 | 76.2 | 102,395 | 43,747,667 | 46.3 | 4,489,386,994 |
| $30,000 or more....................... | 57,260,418 | 45.1 | 4,964,372,343 | 84.0 | 86,698 | 56,549,702 | 59.8 | 4,934,697,027 |
| $25,000 or more....................... | 65,653,186 | 51.7 | 5,194,211,308 | 87.9 | 79,116 | 63,991,904 | 67.7 | 5,138,957,134 |
| $20,000 or more....................... | 75,620,397 | 59.5 | 5,417,907,209 | 91.7 | 71,646 | 71,724,916 | 75.9 | 5,313,078,477 |
| $19,000 or more....................... | 77,771,408 | 61.2 | 5,459,821,963 | 92.4 | 70,203 | 73,157,058 | 77.4 | 5,340,982,640 |
| $18,000 or more....................... | 80,007,916 | 63.0 | 5,501,195,236 | 93.1 | 68,758 | 74,631,090 | 78.9 | 5,368,253,337 |
| $17,000 or more....................... | 82,380,722 | 64.8 | 5,542,689,827 | 93.8 | 67,281 | 76,161,796 | 80.6 | 5,395,032,132 |
| $16,000 or more....................... | 84,814,575 | 66.7 | 5,582,847,606 | 94.5 | 65,824 | 77,727,323 | 82.2 | 5,420,864,008 |
| $15,000 or more....................... | 87,403,571 | 68.8 | 5,623,014,542 | 95.2 | 64,334 | 79,436,327 | 84.0 | 5,447,380,783 |
| $14,000 or more....................... | 89,844,198 | 70.7 | 5,658,424,153 | 95.8 | 62,980 | 80,928,887 | 85.6 | 5,469,047,952 |
| $13,000 or more....................... | 92,310,591 | 72.6 | 5,691,747,468 | 96.3 | 61,659 | 82,397,726 | 87.2 | 5,488,891,593 |
| $12,000 or more....................... | 94,796,607 | 74.6 | 5,722,830,369 | 96.8 | 60,370 | 83,793,682 | 88.6 | 5,506,355,941 |
| $11,000 or more....................... | 97,267,658 | 76.5 | 5,751,235,208 | 97.3 | 59,128 | 85,121,214 | 90.0 | 5,521,625,113 |
| $10,000 or more....................... | 99,679,288 | 78.4 | 5,776,538,429 | 97.8 | 57,951 | 86,494,458 | 91.5 | 5,536,041,551 |
| $9,000 or more........................ | 102,336,502 | 80.5 | 5,801,755,905 | 98.2 | 56,693 | 87,978,573 | 93.1 | 5,550,132,941 |
| $8,000 or more........................ | 104,899,451 | 82.5 | 5,823,548,426 | 98.5 | 55,516 | 89,414,561 | 94.6 | 5,562,362,848 |
| $7,000 or more........................ | 107,438,566 | 84.5 | 5,842,554,422 | 98.9 | 54,380 | 90,496,789 | 95.7 | 5,570,443,461 |
| $6,000 or more........................ | 110,088,867 | 86.6 | 5,859,767,099 | 99.2 | 53,228 | 91,249,696 | 96.5 | 5,575,313,913 |
| $5,000 or more........................ | 112,659,002 | 88.7 | 5,873,898,835 | 99.4 | 52,139 | 92,076,509 | 97.4 | 5,579,860,649 |
| $4,000 or more........................ | 115,418,179 | 90.8 | 5,886,308,251 | 99.6 | 51,000 | 92,976,936 | 98.3 | 5,583,975,357 |
| $3,000 or more........................ | 118,272,888 | 93.1 | 5,896,300,583 | 99.8 | 49,853 | 93,319,016 | 98.7 | 5,585,159,925 |
| $2,000 or more........................ | 121,285,314 | 95.4 | 5,903,808,232 | 99.9 | 48,677 | 93,725,751 | 99.1 | 5,586,166,990 |
| $1,000 or more........................ | 124,194,815 | 97.7 | 5,908,224,268 | 100.0 | 47,572 | 94,319,069 | 99.8 | 5,587,059,363 |
| $1 or more............................ | 126,008,974 | 99.2 | 5,909,328,556 | 100.0 | 46,896 | 94,541,238 | 100.0 | 5,587,249,537 |
| All returns........................... | 127,075,145 | 100.0 | 5,855,467,909 | 99.1 | 46,079 | 94,546,080 | 100.0 | 5,580,849,494 |

Footnotes at end of table.

Exhibit 4