BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant CHANG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07-00554 JF |
| | ) | |
| Plaintiff, | ) | *EX PARTE* APPLICATION FOR TRAVEL AUTHORIZATION |
| | ) | |
| vs. | ) | **Hon. Patricia V. Trumbull** |
| | ) | |
| DOMINIC CHANG, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant Dominic Chang hereby requests that the Order Setting Conditions of Release issued by this Court on September 13, 2007 be modified to permit him to travel by car from the Northern District of California to Los Angeles County and San Diego County in the Central and Southern Districts of California, respectively, from May 24 to May 26, 2008. This application is based upon the attached declaration of counsel.

Dated: May 14, 2008

Respectfully submitted,

BARRY J. PORTMAN
Federal Public Defender

s/
CYNTHIA C. LIE
Assistant Federal Public Defender

*Ex Parte* Application for Travel Authorization     1