BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant CHANG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07-00554 JF |
| | ) | |
| Plaintiff, | ) | DECLARATION OF COUNSEL IN |
| | ) | SUPPORT OF *EX PARTE* APPLICATION |
| vs. | ) | FOR TRAVEL AUTHORIZATION |
| | ) | |
| DOMINIC CHANG, | ) | **Hon. Patricia V. Trumbull** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

I, Cynthia C. Lie, hereby declare as follows:

1. I am the Assistant Federal Public Defender appointed to represent Dominic Chang in the above-captioned matter, in which Mr. Chang has pled guilty to three counts of tax evasion in violation of Title 26, United States Code Section 7201.  Mr. Chang is scheduled to be sentenced on Wednesday, July 9, 2008.

2. On September 13, 2007, this Court released Mr. Chang on a $50,000 personal recognizance bond secured by his signature and established conditions of pretrial release. Among those conditions is a travel restriction to the Northern District of California.

3. On May 12, 2008, Mr. Chang informed me of his wish to vacation in the Los Angeles County in the Central District of California, departing the Northern District of California

1  by car on May 24, 2008 and returning on May 26, 2008, with a day trip to San Diego, in the

2  Southern District of California on May 25, 2008.

3      4.    On May 12, 2008, I communicated via e-mail with Assistant United States

4  Attorney Thomas Moore regarding Mr. Chang's request. Mr. Moore indicated the same day that

5  he had no objection to the proposed travel.

6      5.    On May 12, 2008, I sent an e-mail message to United States Pretrial Services

7  Officer Laura Weigel regarding Mr. Chang's request. On May 14, 2008, I spoke with Officer

8  Weigel, who indicated that she had no objection to the proposed travel.

9      I declare that the foregoing is true and correct and of my personal knowledge, except as to

10  those matters stated on information and belief, and as to those matters, I believe them to be true.

11      Executed this 14th of May 2008 in San Jose, California.

12                                      s/_____
                                    CYNTHIA C. LIE

13                                      Assistant Federal Public Defender

14

15

16

17

18

19

20

21

22

23

24

25

26

Declaration in Support of *Ex Parte* Application
for Travel Authorization                             2