1  BARRY J. PORTMAN
   Federal Public Defender
2  CYNTHIA C. LIE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant CHANG

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,        )   No. CR-07-00554 JF
                                    )
11             Plaintiff,           )   [PROPOSED] ORDER GRANTING *EX
                                    )   PARTE* APPLICATION FOR TRAVEL
12 vs.                              )   AUTHORIZATION
                                    )
13 DOMINIC CHANG,                   )   **Hon. Patricia V. Trumbull**
                                    )
14             Defendant.           )
   _____ )
15

16     Good cause appearing, it is hereby ordered that the Order Setting Conditions of Release

17 and Appearance Bond issued September 13, 2007 shall be modified to permit defendant Dominic

18 Chang's travel to the Central and Southern Districts of California by car from May 24, 2008 to

19 May 26, 2008.

20     It is further ordered that Mr. Chang shall provide his itinerary and local contact

21 information to United States Pretrial Services prior to his departure from the Northern District of

22 California.

23     All other conditions of release ordered September 13, 2007 remain in full force and

24 effect.

25

26

*Ex Parte* Application for Travel Authorization        1

1 | Dated: May ____, 2008

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge