1  BARRY J. PORTMAN
   Federal Public Defender
2  CYNTHIA C. LIE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant CHANG

E-FILED

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>DOMINIC CHANG,<br><br>           Defendant. | No. CR-07-00554 JF<br><br>[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR TRAVEL AUTHORIZATION<br><br>**Hon. Patricia V. Trumbull** |

Good cause appearing, it is hereby ordered that the Order Setting Conditions of Release and Appearance Bond issued September 13, 2007 shall be modified to permit defendant Dominic Chang's travel to the Central and Southern Districts of California by car from May 24, 2008 to May 26, 2008.

It is further ordered that Mr. Chang shall provide his itinerary and local contact information to United States Pretrial Services prior to his departure from the Northern District of California.

All other conditions of release ordered September 13, 2007 remain in full force and effect.

Date 5/16/08

*[signature]*
UNITED STATES MAGISTRATE Judge

*Ex Parte* Application for Travel Authorization            1