## CITY OF MILPITAS
**Business License Tax Receipt**

BUSINESS LICENSE NO. 19886

DATE ISSUED: 7/1/2005

CLASS OF BUSINESS: 50 RETAIL SALES OR SERVICE

OWNER: Dominic C Chang/thanh Tai Lam
Unknown

BUSINESS NAME: DOMINIC'S AUTO SERVICE

MAIL ADDRESS: 1452 S MAIN ST

CITY: MILPITAS, CA 95035

EXPIRATION DATE: June 30, 2006

BUSINESS ADDRESS: 1452 S Main St, Milpitas, CA 95035

STATE LICENSE

THIS CERTIFICATE IS ONLY A RECEIPT OF TAXES PAID PURSUANT TO MMC III-1-11.01.

NOT TRANSFERABLE

*[signature] Jm C. Karle*

---

## CITY OF MILPITAS
**Business License Tax Receipt**

BUSINESS LICENSE NO. 19886

DATE ISSUED: 7/1/2005

CLASS OF BUSINESS: 50 RETAIL SALES OR SERVICE

OWNER: Thanh Tai Lam
Unknown

BUSINESS NAME: DOMINIC'S AUTO SERVICE

MAIL ADDRESS: 1452 S MAIN ST

CITY: MILPITAS, CA 95035

EXPIRATION DATE: June 30, 2006

BUSINESS ADDRESS: 1452 S Main St, Milpitas, CA 95035

STATE LICENSE

THIS CERTIFICATE IS ONLY A RECEIPT OF TAXES PAID PURSUANT TO MMC III-1-11.01.

NOT TRANSFERABLE

*[signature] Jm C. Karle*

---

## CITY OF MILPITAS
**Business License Tax Receipt**

BUSINESS LICENSE NO. 19886

DATE ISSUED: 7/1/2006

CLASS OF BUSINESS: 50 RETAIL SALES OR SERVICE

OWNER: Thanh Tai Lam
Unknown

BUSINESS NAME: DOMINIC'S AUTO SERVICE

MAIL ADDRESS: 1452 S MAIN ST

CITY: MILPITAS, CA 95035

EXPIRATION DATE: June 30, 2007

BUSINESS ADDRESS: 1452 S Main St, Milpitas, CA 95035

STATE LICENSE

THIS CERTIFICATE IS ONLY A RECEIPT OF TAXES PAID PURSUANT TO MMC III-1-11.01.

NOT TRANSFERABLE

*[signature] Jm C. Karle*