1  BARRY J. PORTMAN
   Federal Public Defender
2  CYNTHIA C. LIE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant CHANG

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA,          )    No. CR-07-00554 JF
                                       )
11                     Plaintiff,      )    SUPPLEMENTAL EXHIBIT IN SUPPORT
                                       )    OF DEFENDANT'S SENTENCING
12  vs.                                )    MEMORANDUM
                                       )
13  DOMINIC CHANG,                     )    Date:      Wednesday, July 9, 2008
                                       )    Time:      9:00 a.m.
14                     Defendant.      )    Courtroom: 3
    _____)

15
            The defense hereby submits the attached Exhibit J to supplement Defendant's Sentencing
16
    Memorandum, filed May 7, 2008, and Defendant's Response to Government's Sentencing
17
    Memorandum, filed May 16, 2008.
18

19  Dated: July 2, 2008

20                                          Respectfully submitted,

21                                          BARRY J. PORTMAN
                                            Federal Public Defender
22

23
                                            s/
24                                          CYNTHIA C. LIE
                                            Assistant Federal Public Defender
25

26
    Supplemental Exhibit in Support of Defendant's
    Sentencing Memorandum
    CR 07-00554 JF                          1