UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Judgment and Sentencing Hearing, July 9, 2008
**Case Number:** CR-07-00554-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE: **UNITED STATES OF AMERICA V. DOMINIC CHANG**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Dominic Chang |
| Attorneys Present: Thomas Moore | Attorneys Present: Cynthia Lie |

PROCEEDINGS:

Judgment and sentencing hearing held. Counsel, Cantonese interpreter Kenny Fung and defendant are present. Defendant is sentenced to 4 years probation on counts 1, 2 and 3 of the Indictment, with the term of probation to be served concurrent as to counts 1, 2 and 3; $300.00 special assessment; $1,500.00 fine; and $163,498.00 restitution.