1
2
3          UNITED STATES DISTRICT COURT
4      FOR THE NORTHERN DISTRICT OF CALIFORNIA
5              SAN JOSE DIVISION
6

7  UNITED STATES OF AMERICA,          Case No.  CR-07-00554-JF
              Plaintiff,
8                                     SEALING ORDER PURSUANT
       V.                             TO GENERAL ORDER 54
9
   DOMINIC CHANG,
10             Defendant.
11
   _____/
12

13
14      The following documents in this action are placed under seal and shall not be opened

15  except by the United States Sentencing commission for its eyes only and shall not be transmitted

    or otherwise opened except by order of this court upon application.
16
17      x     Presentence Report

18      _     Plea Agreement

19      x     Statement of Reasons
20
   IT IS SO ORDERED.
21
22
   DATED:  July 11, 2008
23                                     _____
                                            JEREMY FOGEL
24                                       United States District Judge
25
26
27
28